11, 1977. *Affirmed* by unpublished opinion per Reed, A.C.J., concurred in by Soule, J., and Johnson, J. Pro Tem.

[Nos. 3061–2; 3084–2;      Division Two.      November 29, 1978.]
  3090–2.

THE STATE OF WASHINGTON, *Respondent,* v. DENNIS
ARDELL SATHER, ET AL, *Appellants.*

Appeals from a judgment of the Superior Court for Pierce County, No. 51412, Thomas A. Swayze, Jr., J., entered August 29, 1978. *Affirmed* by unpublished opinion per Soule, J., concurred in by Pearson, C.J., and Petrie, J.

[Nos. 2136–2; 3020–2.   Division Two.   November 30, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL G.
NELSON, *Appellant.*

*In the Matter of the Personal Restraint of*
DANIEL G. NELSON, *Petitioner.*

Appeals from a judgment of the Superior Court for Kitsap County, No. 54979, Robert J. Bryan, J., entered November 12, 1975. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Soule, J.

[Nos. 2096–2; 2097–2.   Division Two.   November 30, 1978.]

THE STATE OF WASHINGTON, *Respondent,* v. DANIEL G.
NELSON, ET AL, *Appellants.*

Appeals from a judgment of the Superior Court for Kitsap County, No. C–2065, Terence Hanley, J., entered October 27, 1975. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Pearson, C.J., and Soule, J.